UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JENNIFER RILEY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CHARTER COMMUNICATIONS, )<br>)<br>Defendant. ) | Case No. 04-cv-4184-JPG |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated:   December 14, 2005

NORBERT JAWORSKI, CLERK

 by:s/Deborah Agans
**Deputy Clerk**


**APPROVED: s/ J. Phil Gilbert**
**U. S. DISTRICT JUDGE**